# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PETERSON, MARK DWIGHT | § | Case No. 13-25112 |
| PETERSON, KATHLEEN | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/18/2013 . The undersigned trustee was appointed on 06/18/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $   45,609.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 36.37 |
| Bank service fees | 1,186.30 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]     $   44,386.33

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/01/2015 and the deadline for filing governmental claims was 05/01/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 5,310.90 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 5,310.90 , for a total compensation of $ 5,310.90 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 34.56 , for total expenses of $ 34.56 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/22/2017            By: /s/JOSEPH E. COHEN
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-25112 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | PETERSON, MARK DWIGHT | | | Date Filed (f) or Converted (c): | 06/18/13 (f) |
| | PETERSON, KATHLEEN | | | 341(a) Meeting Date: | 08/08/13 |
| For Period Ending: | 02/22/17 | | | Claims Bar Date: | 05/01/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 425 Camargo Ct, Vernon Hills IL 60061 | 730,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 413 Camargo Ct, Vernon Hills IL 60061 | 120,000.00 | 0.00 | OA | 0.00 | FA |
| 3. 9978, 9980, 9982 Holly Lane, Des Plaines, IL 9 con | 180,000.00 | 0.00 | | 0.00 | FA |
| 4. 10108 & 10110 Holly Lane, Des Plaines, IL 6-flats | 360,000.00 | 0.00 | | 0.00 | FA |
| 5. 9962 & 9964 Holly Lane, Des Plaines, IL | 340,000.00 | 0.00 | | 0.00 | FA |
| 6. Chase Bank<br>    Chase Bank | 1,981.03 | 0.00 | | 0.00 | FA |
| 7. Chase Bank<br>    Chase Bank | 1,465.97 | 0.00 | | 0.00 | FA |
| 8. First National Bank<br>    First National Bank | 379.07 | 0.00 | | 0.00 | FA |
| 9. TVs, computer, furniture<br>    TVs, computer, furniture | 3,500.00 | 0.00 | | 0.00 | FA |
| 10. misc. clothing<br>    misc. clothing | 500.00 | 0.00 | | 0.00 | FA |
| 11. MDP Holdings LLC 100% manages debtor's remaining r<br>    MDP Holdings LLC 100% manages debtor's remaining real estate holdings | Unknown | 0.00 | | 0.00 | FA |
| 12. Rose Gardens LLC 50% Arkansas LLC which owns anoth<br>    Rose Gardens LLC 50% Arkansas LLC which owns another Arkansas LLC which owns an apartment building fully encumbered by a lien to Libertyville Bank. | Unknown | 0.00 | | 0.00 | FA |
| 13. Castle Group LLC 100% not operating, not in good s<br>    Castle Group LLC 100% not operating, not in good standing | 0.00 | 0.00 | | 25,000.00 | FA |
| 14. Castle MDP LLC 100% not operating, not in good sta<br>    Castle MDP LLC 100% not operating, not in good standing | 0.00 | 0.00 | | 0.00 | FA |

LFORM1    UST Form 101-7-TFR (5/1/2011) *(Page: 3)*    Ver: 19.06c

Case 13-25112   Doc 119   Filed 03/13/17   Entered 03/13/17 20:37:26   Desc Main
Document      Page 4 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit A

| Case No: | 13-25112 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PETERSON, MARK DWIGHT | | | Date Filed (f) or Converted (c): | 06/18/13 (f) |
| | PETERSON, KATHLEEN | | | 341(a) Meeting Date: | 08/08/13 |
| | | | | Claims Bar Date: | 05/01/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Rent checks held by receiver for Heritage Point Co | 1,500.00 | 0.00 | | 0.00 | FA |
| Rent checks held by receiver for Heritage Point Condo Assoc. Courtenay Whitehead, CMCA, AMS Team Leader, Licensed Community Manager Phoenix Rising Management Group cw@phoenixrisinggroup.com Phone: 312-850-3251  ext. 2008 Fax: 312-850-3258 | | | | | |
| 16. contingent consulting fee | 1,000.00 | 0.00 | | 0.00 | FA |
| contingent consulting fee | | | | | |
| 17. 2010 Kia | 18,000.00 | 0.00 | | 16,000.00 | FA |
| 2010 Kia | | | | | |
| 18. 2012 Hyundai | 20,000.00 | 0.00 | | 0.00 | FA |
| 2012 Hyundai | | | | | |
| 19. INCOME TAX REFUND (u) | 0.00 | 4,500.00 | | 4,609.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,778,326.07   $4,500.00   $45,609.00   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ORDER ENTERED COMPELING TRUSTEE TO ABANDON 413 AND 425 CAMARGO COURT, VERNON HILLS, IL ; REVIEWING CLAIMS; TFR TO FOLLOW
- 1/10/17.  TRUSTEE DISCUSSING POSSIBLE ABANDONMENT OF REAL ESTATE - 10/31/16.  TRUSTEE MOVED CASE FROM LAKE COUNTY TO
DOWNTOWN CHICAGO - 7/31/16.  TRUSTEE HAS FILED MOTION TO SELL MEMBERSHIP INTEREST TO THIRD PARTY WHICH IS SET FOR
5/23/16.  TRUSTEE ALSO FILING MOTION TO EMPLOY BROKER TO SELL VACANT LOT AND PERHAPS DEBTORS RESIDENCE - May 19, 2016.
TRUSTEE TO EMPLOY BROKER IF DEBTOR NOT BUYING BACK PROPERTY - 01/20/16. NEGOTIATIONS ARE CONTINUING Oct. 31, 2015.
DEBTOR MAY BE MAKING OFFER TO PURCHASE REAL ESTATE - July 30, 2015. TRUSTEE LISTING REAL ESTATE FOR SALE - April 30,

**FORM F**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 13-25112 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PETERSON, MARK DWIGHT | Date Filed (f) or Converted (c): | 06/18/13 (f) |
| | PETERSON, KATHLEEN | 341(a) Meeting Date: | 08/08/13 |
| | | Claims Bar Date: | 05/01/15 |

2015. TRUSTEE FILING ADVERSARY TO SELL FREE AND CLEAR OF LIENS - Jan. 17, 2015. TRUSTEE HAS REQUESTED VARIOUS BOOKS AND

RECORDS FROM THE DEBTOR AND TRYING TO DETERMINE VALIDITY OF MORTGAGES ON PROPERTY OWNED BY THE DEBT - January 19, 2014.

NO CHANGE - April 30, 2014. TRUSTEE REVIEWING MORTGAGE RECORDR TO SEE IF MORTGAGE WAS RECORDED - July 17, 2014.

MORTGAGE WAS NOT RECORDED AND TRUSTEE WILL SELL PROPERTY - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 06/30/13     Current Projected Date of Final Report (TFR): 02/28/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-25112 -ABG | | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | PETERSON, MARK DWIGHT | | | Bank Name: | ASSOCIATED BANK |
| | PETERSON, KATHLEEN | | | Account Number / CD #: | *******5753  Checking Account |
| Taxpayer ID No: | *******5007 | | | | |
| For Period Ending: | 02/22/17 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/24/14 | 19 | MARK & KATHLEEN PETERSON | Tax refund | 1224-000 | 4,609.00 | | 4,609.00 |
| | | | Income tax refund | | | | |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,599.00 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,589.00 |
| 08/14/14 | 17 | GOLDING LAW OFFICES | Sale of Vehicle | 1129-000 | 16,000.00 | | 20,589.00 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.63 | 20,568.37 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.59 | 20,538.78 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.54 | 20,508.24 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.51 | 20,478.73 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.44 | 20,448.29 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.40 | 20,417.89 |
| 02/27/15 | 300001 | Arthur B. Levine Company | Bond premium | 2300-000 | | 22.09 | 20,395.80 |
| | | 60 East 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, New York 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.42 | 20,368.38 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.29 | 20,338.09 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.26 | 20,308.83 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.19 | 20,278.64 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.17 | 20,249.47 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.11 | 20,219.36 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.06 | 20,189.30 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.05 | 20,160.25 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.97 | 20,130.28 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.96 | 20,101.32 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.88 | 20,071.44 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.84 | 20,041.60 |
| 02/16/16 | 300002 | ADAMS-LEVINE | Bond #10BSBGR6291 | 2300-000 | | 14.28 | 20,027.32 |

Page Subtotals          20,609.00          581.68

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                       Ver: 19.06c

LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-25112 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PETERSON, MARK DWIGHT | | Bank Name: | ASSOCIATED BANK |
| | PETERSON, KATHLEEN | | Account Number / CD #: | *******5753 Checking Account |
| Taxpayer ID No: | *******5007 | | | |
| For Period Ending: | 02/22/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 370 Lexington Avenue Suite 1101 New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.87 | 19,999.45 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.73 | 19,969.72 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.73 | 19,940.99 |
| 06/01/16 | 13 | Mark & Kathleen Peterson Dimonte & Lizak, LLC Park Ridge, IL 60068 | Sale of LLC | 1129-000 | 25,000.00 | | 44,940.99 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.65 | 44,911.34 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.61 | 44,846.73 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.68 | 44,780.05 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.57 | 44,713.48 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.34 | 44,649.14 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.38 | 44,582.76 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.14 | 44,518.62 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.19 | 44,452.43 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.10 | 44,386.33 |

|  |  | COLUMN TOTALS | 45,609.00 | 1,222.67 | 44,386.33 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  | Subtotal | 45,609.00 | 1,222.67 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | Net | 45,609.00 | 1,222.67 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******5753 | 45,609.00 | 1,222.67 | 44,386.33 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 45,609.00 | 1,222.67 | 44,386.33 |
| | ============ | ============ | ============ |

Page Subtotals        25,000.00        640.99

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 13-25112 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PETERSON, MARK DWIGHT | Bank Name: | ASSOCIATED BANK |
| | PETERSON, KATHLEEN | Account Number / CD #: | *******5753  Checking Account |
| Taxpayer ID No: | *******5007 | | |
| For Period Ending: | 02/22/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 22, 2017 |

Case Number: 13-25112
Debtor Name: PETERSON, MARK DWIGHT

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN 1<br>001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Administrative | | $5,345.46 | $0.00 | $5,345.46 |
| ADMIN 2<br>001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $6,825.26 | $0.00 | $6,825.26 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Administrative | | $22.09 | $22.09 | $0.00 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $14.28 | $14.28 | $0.00 |
| 000001<br>070<br>7100-00 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $1,183.95 | $0.00 | $1,183.95 |
| 000002<br>070<br>7100-00 | Rubin & Norris LLC<br>205 W Wacker Drive #705<br>Chicago, IL 60606 | Unsecured | | $4,547.77 | $0.00 | $4,547.77 |
| 000003<br>070<br>7100-00 | Nicor Gas<br>po box 549<br>Aurora il 60507 | Unsecured | | $8,600.54 | $0.00 | $8,600.54 |
| 000004<br>070<br>7100-00 | American InfoSource LP as agent for Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $1,053.85 | $0.00 | $1,053.85 |
| 000005<br>070<br>7100-00 | Gulf-AR Holdings, LLC<br>26719 Pleasant Park Rd., Ste. 200<br>Conifer, CO 80433 | Unsecured | | $3,593,257.68 | $0.00 | $3,593,257.68 |
| 000006<br>070<br>7100-00 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | Unsecured | | $38,509.71 | $0.00 | $38,509.71 |
| 000007<br>070<br>7100-00 | Heritage Village Pointe Condominium Association<br>c/o Kovitz Shifrin Nesbit<br>750 W Lake Cook Road, Suite 350<br>Buffalo Grove, IL 60089 | Unsecured | | $746,195.93 | $0.00 | $746,195.93 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 22, 2017 |
|---|---|---|---|---|---|---|

Case Number:  13-25112                                    Claim Class Sequence
Debtor Name:  PETERSON, MARK DWIGHT

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $4,405,556.52 | $36.37 | $4,405,520.15 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-25112
Case Name: PETERSON, MARK DWIGHT
PETERSON, KATHLEEN
Trustee Name: JOSEPH E. COHEN

Balance on hand $ 44,386.33

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 5,310.90 | $ 0.00 | $ 5,310.90 |
| Trustee Expenses: JOSEPH E. COHEN | $ 34.56 | $ 0.00 | $ 34.56 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 6,821.50 | $ 0.00 | $ 6,821.50 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 3.76 | $ 0.00 | $ 3.76 |
| Other: Arthur B. Levine Company | $ 22.09 | $ 22.09 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 14.28 | $ 14.28 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 12,170.72

Remaining Balance $ 32,215.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,393,349.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 1,183.95 | $ 0.00 | $ 8.68 |
| 000002 | Rubin & Norris LLC | $ 4,547.77 | $ 0.00 | $ 33.35 |
| 000003 | Nicor Gas | $ 8,600.54 | $ 0.00 | $ 63.07 |
| 000004 | American InfoSource LP as agent for | $ 1,053.85 | $ 0.00 | $ 7.73 |
| 000005 | Gulf-AR Holdings, LLC | $ 3,593,257.68 | $ 0.00 | $ 26,348.69 |
| 000006 | Citibank, N.A. | $ 38,509.71 | $ 0.00 | $ 282.38 |
| 000007 | Heritage Village Pointe Condominium | $ 746,195.93 | $ 0.00 | $ 5,471.71 |

Total to be paid to timely general unsecured creditors    $ 32,215.61

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE