IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **MARK PETERSON** | ) | No. 13 B 25112 |
| **KATHLEEN PETERSON** | ) | |
| Debtor(s) | ) | |

# PROOF OF SERVICE

TO:  See Attached List

I, JOSEPH E. COHEN, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on March 14, 2017, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                                  BY: /s/ Joseph E. Cohen
                                                                                    One of His Attorney

Service List:

Discover Bank
Discover Products, Inc.
P.O. Box 3025
New Albany, OH   43054-3025

Rubin & Norris, LLC
205 W. Wacker Drive, #705
Chicago, IL   60606

Nicor Gas
P.O. Box 549
Aurora, IL   60507

American InfoSource LP as agents for
Verizon
P.O. Box 248838
Oklahoma City, OK   73124-8838

Gulf-AR Holdings, LLC
26719 Pleasant Park Road, Ste 200
Conifer, CO   80433

Citibank, NA
701 East 60th Street North
Sioux Falls, SD   57117

Heritage Village Pointe Condo Assoc.
c/o Kovitz Shifrin Nesbit
750 W Lake Cook Road, Ste 350
Buffalo Grove, IL   60089

Jonathan Golding
jgolding@goldinglaw.net

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov