**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PETERSON, MARK DWIGHT | § | Case No. 13-25112 |
| PETERSON, KATHLEEN | § | |
| | § | |
| | § | |
| Debtors | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 1,751,826.07                         Assets Exempt: 8,500.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  32,215.61           Claims Discharged
                                                       Without Payment:  8,149,109.45

Total Expenses of Administration:  13,393.39

---

3) Total gross receipts of $ 45,609.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 45,609.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,947,297.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 13,393.39 | 13,393.39 | 13,393.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 3,787,975.63 | 4,393,349.43 | 4,393,349.43 | 32,215.61 |
| **TOTAL DISBURSEMENTS** | $ 7,735,272.63 | $ 4,406,742.82 | $ 4,406,742.82 | $ 45,609.00 |

4) This case was originally filed under chapter 7 on 06/18/2013 . The case was pending for 51 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/16/2017      By:/s/JOSEPH E. COHEN
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Castle Group LLC 100% not operating, not in good s | 1129-000 | 25,000.00 |
| 2010 Kia | 1129-000 | 16,000.00 |
| INCOME TAX REFUND | 1224-000 | 4,609.00 |
| **TOTAL GROSS RECEIPTS** | | **$45,609.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 901076 Ft Worth, TX 76101 | | 22,297.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FirstMerit Bank 295 First Merit Cir Akron, OH 44307 | | 585,000.00 | NA | NA | 0.00 |
| | Libertyville Bank 507 N Milwaukee Av Libertyville, IL 60048 | | 595,000.00 | NA | NA | 0.00 |
| | Libertyville Bank 507 N Milwaukee Av Libertyville, IL 60048 | | 480,000.00 | NA | NA | 0.00 |
| | Libertyville Bank 507 N Milwaukee Av Libertyville, IL 60048 | | 850,000.00 | NA | NA | 0.00 |
| | Libertyville Bank 507 N Milwaukee Av Libertyville, IL 60048 | | 910,000.00 | NA | NA | 0.00 |
| | Lou Bulgren 1180 Oak Hill Circle Barrington, IL 60010 | | 75,000.00 | NA | NA | 0.00 |
| | Nina Peterson 1475 N Douglas Arlington Heights, IL 60004 | | 150,000.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage 8480 Stagecoach Cir Frederick, MD 21701 | | 280,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 3,947,297.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 5,310.90 | 5,310.90 | 5,310.90 |
| COHEN, JOSEPH E. | 2200-000 | NA | 34.56 | 34.56 | 34.56 |
| ADAMS-LEVINE | 2300-000 | NA | 14.28 | 14.28 | 14.28 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 22.09 | 22.09 | 22.09 |
| ASSOCIATED BANK | 2600-000 | NA | 1,186.30 | 1,186.30 | 1,186.30 |
| COHEN & KROL | 3110-000 | NA | 4,547.69 | 4,547.69 | 4,547.69 |
| COHEN, JOSEPH | 3110-000 | NA | 2,273.81 | 2,273.81 | 2,273.81 |
| COHEN & KROL | 3120-000 | NA | 3.76 | 3.76 | 3.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 13,393.39 | $ 13,393.39 | $ 13,393.39 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Collection Svcs 8550 Balboa Blvd Ste 232 Northridge, CA 91325 | | 7,313.00 | NA | NA | 0.00 |
| | Ally Automotive Financing P. O. Box 380902 Minneapolis, MN 55438 | | 1,273.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 134.65 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 38,509.00 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 64.00 | NA | NA | 0.00 |
| | ComEd Bankruptcy Dept. P.O. Box 87522 Chicago, IL 60680 | | 739.89 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ComEd Bankruptcy Dept. P.O. Box 87522 Chicago, IL 60680 | | 15.66 | NA | NA | 0.00 |
| | ComEd Bankruptcy Dept. P.O. Box 87522 Chicago, IL 60680 | | 281.11 | NA | NA | 0.00 |
| | ComEd Bankruptcy Dept. P.O. Box 87522 Chicago, IL 60680 | | 92.03 | NA | NA | 0.00 |
| | Credit Management Lp 4200 International Pkwy Carrollton, TX 75007 | | 364.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 1,059.15 | NA | NA | 0.00 |
| | Fidelity National Title Insurance 2111 S 67th St, Ste. 210 Omaha, NE 68106 | | 11,848.62 | NA | NA | 0.00 |
| | FirstMerit Bank NA 295 First Merit Cir Akron, OH 44307 | | 0.00 | NA | NA | 0.00 |
| | Libertyville Bank 507 N Milwaukee Av Libertyville, IL 60048 | | 3,700,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | 8,820.00 | NA | NA | 0.00 |
| | Nicor P.O. Box 190 Aurora, IL 60507-0190 | | 199.79 | NA | NA | 0.00 |
| | Nicor P.O. Box 190 Aurora, IL 60507-0190 | | 7,977.86 | NA | NA | 0.00 |
| | Nicor P.O. Box 190 Aurora, IL 60507-0190 | | 202.17 | NA | NA | 0.00 |
| | Nicor P.O. Box 190 Aurora, IL 60507-0190 | | 3,000.74 | NA | NA | 0.00 |
| | Rubin & Norris LLC 205 W Wacker Drive #705 Chicago, IL 60606 | | 4,496.96 | NA | NA | 0.00 |
| | United Credit Service 15 N Lincoln St Elkhorn, WI 53121 | | 400.00 | NA | NA | 0.00 |
| | United Credit Service 15 N Lincoln St Elkhorn, WI 53121 | | 110.00 | NA | NA | 0.00 |
| | Verizon Wireless/Great 1515 Woodfield Rd Ste140 Schaumburg, IL 60173 | | 1,074.00 | NA | NA | 0.00 |
| 000004 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 1,053.85 | 1,053.85 | 7.73 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | CITIBANK, N.A. | 7100-000 | NA | 38,509.71 | 38,509.71 | 282.38 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 1,183.95 | 1,183.95 | 8.68 |
| 000005 | GULF-AR HOLDINGS, LLC | 7100-000 | NA | 3,593,257.68 | 3,593,257.68 | 26,348.69 |
| 000007 | HERITAGE VILLAGE POINTE CONDOMINIUM | 7100-000 | NA | 746,195.93 | 746,195.93 | 5,471.71 |
| 000003 | NICOR GAS | 7100-000 | NA | 8,600.54 | 8,600.54 | 63.07 |
| 000002 | RUBIN & NORRIS LLC | 7100-000 | NA | 4,547.77 | 4,547.77 | 33.35 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 3,787,975.63 | $ 4,393,349.43 | $ 4,393,349.43 | $ 32,215.61 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-25112 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | PETERSON, MARK DWIGHT | | | Date Filed (f) or Converted (c): | 06/18/13 (f) |
| | PETERSON, KATHLEEN | | | 341(a) Meeting Date: | 08/08/13 |
| For Period Ending: | 08/16/17 | | | Claims Bar Date: | 05/01/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Location: 425 Camargo Ct, Vernon Hills IL 60061 | 730,000.00 | 0.00 | OA | 0.00 | FA |
| 2. 413 Camargo Ct, Vernon Hills IL 60061 | 120,000.00 | 0.00 | OA | 0.00 | FA |
| 3. 9978, 9980, 9982 Holly Lane, Des Plaines, IL 9 con | 180,000.00 | 0.00 | | 0.00 | FA |
| 4. 10108 & 10110 Holly Lane, Des Plaines, IL 6-flats | 360,000.00 | 0.00 | | 0.00 | FA |
| 5. 9962 & 9964 Holly Lane, Des Plaines, IL | 340,000.00 | 0.00 | | 0.00 | FA |
| 6. Chase Bank<br>    Chase Bank | 1,981.03 | 0.00 | | 0.00 | FA |
| 7. Chase Bank<br>    Chase Bank | 1,465.97 | 0.00 | | 0.00 | FA |
| 8. First National Bank<br>    First National Bank | 379.07 | 0.00 | | 0.00 | FA |
| 9. TVs, computer, furniture<br>    TVs, computer, furniture | 3,500.00 | 0.00 | | 0.00 | FA |
| 10. misc. clothing<br>    misc. clothing | 500.00 | 0.00 | | 0.00 | FA |
| 11. MDP Holdings LLC 100% manages debtor's remaining r<br>    MDP Holdings LLC 100% manages debtor's remaining real estate holdings | Unknown | 0.00 | | 0.00 | FA |
| 12. Rose Gardens LLC 50% Arkansas LLC which owns anoth<br>    Rose Gardens LLC 50% Arkansas LLC which owns another Arkansas LLC which owns an apartment building fully encumbered by a lien to Libertyville Bank. | Unknown | 0.00 | | 0.00 | FA |
| 13. Castle Group LLC 100% not operating, not in good s<br>    Castle Group LLC 100% not operating, not in good standing | 0.00 | 0.00 | | 25,000.00 | FA |
| 14. Castle MDP LLC 100% not operating, not in good sta<br>    Castle MDP LLC 100% not operating, not in good standing | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 13-25112 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PETERSON, MARK DWIGHT | Date Filed (f) or Converted (c): | 06/18/13 (f) |
|  | PETERSON, KATHLEEN | 341(a) Meeting Date: | 08/08/13 |
|  |  | Claims Bar Date: | 05/01/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Rent checks held by receiver for Heritage Point Co | 1,500.00 | 0.00 |  | 0.00 | FA |
| Rent checks held by receiver for Heritage Point Condo Assoc. Courtenay Whitehead, CMCA, AMS Team Leader, Licensed Community Manager Phoenix Rising Management Group cw@phoenixrisinggroup.com Phone: 312-850-3251 ext. 2008 Fax: 312-850-3258 |  |  |  |  |  |
| 16. contingent consulting fee | 1,000.00 | 0.00 |  | 0.00 | FA |
| contingent consulting fee |  |  |  |  |  |
| 17. 2010 Kia | 18,000.00 | 0.00 |  | 16,000.00 | FA |
| 2010 Kia |  |  |  |  |  |
| 18. 2012 Hyundai | 20,000.00 | 0.00 |  | 0.00 | FA |
| 2012 Hyundai |  |  |  |  |  |
| 19. INCOME TAX REFUND (u) | 0.00 | 4,500.00 |  | 4,609.00 | FA |
| TOTALS (Excluding Unknown Values) | $1,778,326.07 | $4,500.00 |  | $45,609.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

DISTRIBUTION MADE - 7/31/17. FINAL HEARING HELD ON 4/28/17. TFR FILED WITH THE COURT ON 3/13/2017. SENT TFR TO US TEE FOR REVIEW 2/23/17.
ORDER ENTERED COMPELING TRUSTEE TO ABANDON 413 AND 425 CAMARGO COURT, VERNON HILLS, IL ; REVIEWING CLAIMS; TFR TO FOLLOW - 1/10/17. TRUSTEE DISCUSSING POSSIBLE ABANDONMENT OF REAL ESTATE - 10/31/16. TRUSTEE MOVED CASE FROM LAKE COUNTY TO DOWNTOWN CHICAGO - 7/31/16. TRUSTEE HAS FILED MOTION TO SELL MEMBERSHIP INTEREST TO THIRD PARTY WHICH IS SET FOR 5/23/16. TRUSTEE ALSO FILING MOTION TO EMPLOY BROKER TO SELL VACANT LOT AND PERHAPS DEBTORS RESIDENCE - May 19, 2016.

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-25112   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PETERSON, MARK DWIGHT | Date Filed (f) or Converted (c): | 06/18/13 (f) |
| | PETERSON, KATHLEEN | 341(a) Meeting Date: | 08/08/13 |
| | | Claims Bar Date: | 05/01/15 |

TRUSTEE TO EMPLOY BROKER IF DEBTOR NOT BUYING BACK PROPERTY - 01/20/16. NEGOTIATIONS ARE CONTINUING Oct. 31, 2015.
DEBTOR MAY BE MAKING OFFER TO PURCHASE REAL ESTATE - July 30, 2015. TRUSTEE LISTING REAL ESTATE FOR SALE - April 30,
2015. TRUSTEE FILING ADVERSARY TO SELL FREE AND CLEAR OF LIENS - Jan. 17, 2015.  TRUSTEE HAS REQUESTED VARIOUS BOOKS AND
RECORDS FROM THE DEBTOR AND TRYING TO DETERMINE VALIDITY OF MORTGAGES ON PROPERTY OWNED BY THE DEBT - January 19, 2014.
NO CHANGE - April 30, 2014.  TRUSTEE REVIEWING MORTGAGE RECORDR TO SEE IF MORTGAGE WAS RECORDED - July 17, 2014.
MORTGAGE WAS NOT RECORDED AND TRUSTEE WILL SELL PROPERTY - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 06/30/13            Current Projected Date of Final Report (TFR): 02/28/17

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-25112 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PETERSON, MARK DWIGHT | Bank Name: | ASSOCIATED BANK |
| | PETERSON, KATHLEEN | Account Number / CD #: | *******5753 Checking Account |
| Taxpayer ID No: | *******5007 | | |
| For Period Ending: | 08/16/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) |
| | | | BALANCE FORWARD | | | |
| 06/24/14 | 19 | MARK & KATHLEEN PETERSON | Tax refund<br>Income tax refund | 1224-000 | 4,609.00 | | 4,609.00 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,599.00 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,589.00 |
| 08/14/14 | 17 | GOLDING LAW OFFICES | Sale of Vehicle | 1129-000 | 16,000.00 | | 20,589.00 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.63 | 20,568.37 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.59 | 20,538.78 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.54 | 20,508.24 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.51 | 20,478.73 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.44 | 20,448.29 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.40 | 20,417.89 |
| 02/27/15 | 300001 | Arthur B. Levine Company<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Bond premium | 2300-000 | | 22.09 | 20,395.80 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.42 | 20,368.38 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.29 | 20,338.09 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.26 | 20,308.83 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.19 | 20,278.64 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.17 | 20,249.47 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.11 | 20,219.36 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.06 | 20,189.30 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.05 | 20,160.25 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.97 | 20,130.28 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.96 | 20,101.32 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.88 | 20,071.44 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.84 | 20,041.60 |
| 02/16/16 | 300002 | ADAMS-LEVINE | Bond #10BSBGR6291 | 2300-000 | | 14.28 | 20,027.32 |
| | | | Page Subtotals | | 20,609.00 | 581.68 | |

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-25112 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | PETERSON, MARK DWIGHT | Bank Name: | ASSOCIATED BANK |
| | PETERSON, KATHLEEN | Account Number / CD #: | *******5753 Checking Account |
| Taxpayer ID No: | *******5007 | | |
| For Period Ending: | 08/16/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 370 Lexington Avenue Suite 1101 New York, NY 10017 | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.87 | 19,999.45 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.73 | 19,969.72 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.73 | 19,940.99 |
| 06/01/16 | 13 | Mark & Kathleen Peterson Dimonte & Lizak, LLC Park Ridge, IL 60068 | Sale of LLC | 1129-000 | 25,000.00 | | 44,940.99 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 29.65 | 44,911.34 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.61 | 44,846.73 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.68 | 44,780.05 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.57 | 44,713.48 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.34 | 44,649.14 |
| 11/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.38 | 44,582.76 |
| 12/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 64.14 | 44,518.62 |
| 01/09/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.19 | 44,452.43 |
| 02/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 66.10 | 44,386.33 |
| 05/03/17 | 300003 | JOSEPH COHEN, Attorney 105 W. Madison, Ste 1100 Chicago, IL 60602 | Claim ADMIN, Payment 100.00000% | 3110-000 | | 2,273.81 | 42,112.52 |
| 05/03/17 | 300004 | JOSEPH E. COHEN, Trustee 105 W. Madison, Ste 1100 Chicago, IL 60602 | Claim ADMIN 1, Payment 100.00000% | | | 5,345.46 | 36,767.06 |
| | | | Fees 5,310.90 | 2100-000 | | | |
| | | | Expenses 34.56 | 2200-000 | | | |
| 05/03/17 | 300005 | COHEN & KROL, Attorneys 105 West Madison Street Chicago, IL 60602 | Claim ADMIN 2, Payment 100.00000% | | | 4,551.45 | 32,215.61 |

Page Subtotals  25,000.00  12,811.71

Ver: 20.00d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-25112 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PETERSON, MARK DWIGHT | | Bank Name: | ASSOCIATED BANK |
| | PETERSON, KATHLEEN | | Account Number / CD #: | *******5753 Checking Account |
| Taxpayer ID No: | *******5007 | | | |
| For Period Ending: | 08/16/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Fees     4,547.69 | 3110-000 | | | |
| | | | Expenses     3.76 | 3120-000 | | | |
| 05/03/17 | 300006 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 0.73314% | 7100-000 | | 8.68 | 32,206.93 |
| 05/03/17 | 300007 | Rubin & Norris LLC<br>205 W Wacker Drive #705<br>Chicago, IL 60606 | Claim 000002, Payment 0.73333% | 7100-000 | | 33.35 | 32,173.58 |
| 05/03/17 | 300008 | Nicor Gas<br>po box 549<br>Aurora il 60507 | Claim 000003, Payment 0.73333% | 7100-000 | | 63.07 | 32,110.51 |
| 05/03/17 | 300009 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000004, Payment 0.73350% | 7100-000 | | 7.73 | 32,102.78 |
| 05/03/17 | 300010 | Gulf-AR Holdings, LLC<br>26719 Pleasant Park Rd., Ste. 200<br>Conifer, CO 80433 | Claim 000005, Payment 0.73328%<br>(5-1) Modified on 3/30/15 to<br>correct creditor's address (dp) | 7100-000 | | 26,348.69 | 5,754.09 |
| 05/03/17 | 300011 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57117 | Claim 000006, Payment 0.73327% | 7100-000 | | 282.38 | 5,471.71 |
| 05/03/17 | 300012 | Heritage Village Pointe Condominium<br>Association<br>c/o Kovitz Shifrin Nesbit<br>750 W Lake Cook Road, Suite 350<br>Buffalo Grove, IL 60089 | Claim 000007, Payment 0.73328%<br>(7-1) Association Assessments, Fees<br>and Costs | 7100-000 | | 5,471.71 | 0.00 |

Page Subtotals      0.00      32,215.61

Ver: 20.00d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-25112 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | PETERSON, MARK DWIGHT | | Bank Name: | ASSOCIATED BANK |
| | PETERSON, KATHLEEN | | Account Number / CD #: | *******5753  Checking Account |
| Taxpayer ID No: | *******5007 | | | |
| For Period Ending: | 08/16/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 45,609.00 | 45,609.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 45,609.00 | 45,609.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 45,609.00 | 45,609.00 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account - *******5753 | | 45,609.00 | 45,609.00 | 0.00 |
| | | | | | ---------------------- | ---------------------- | ---------------------- |
| | | | | | 45,609.00 | 45,609.00 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 20.00d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 16)*